UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                    :
TRUSTEES OF THE NEW YORK CITY                                       :
DISTRICT COUNCIL OF CARPENTERS                                      :
PENSION FUND, WELFARE FUND,                                         :
ANNUITY FUND, AND APPRENTICESHIP,                                   :
JOURNEYMAN RETRAINING,                                              :
EDUCATIONAL AND INDUSTRY FUND, et al.,:
                                          Petitioners,              :
                                                                    :
                      -against-                                     :
                                                                    :
ECLIPSE CONSTRUCTION SERVICES INC.,                                 :
                                                                    :
                                          Respondent.               :
                                                                    :
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/23/2021

1:21-cv-7868-GHW

ORDER

GREGORY H. WOODS, District Judge:

On September 21, 2021, Petitioners filed a petition to confirm an arbitration award.  Dkt.

No. 1.  Proceedings to confirm an arbitral award must be "treated as akin to a motion for summary

judgment."  *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 108 (2d Cir. 2006).  Accordingly, it is hereby

ORDERED that Petitioners shall file and serve a statement pursuant to Local Civil Rule 56.1 and

any additional materials with which they intend to support the petition, including any affidavits or

declarations attesting that the exhibits to the petition are true and correct copies of what they

purport to be, no later than October 5, 2021.  Respondent's opposition is due by October 26, 2021.

Petitioners' reply, if any, is due by November 9, 2021.

Petitioners are directed to serve the petition and supporting materials upon respondent by

September 30, 2021 and to file an affidavit of such service with the Court by October 4, 2021.

        SO ORDERED.

Dated:  September 23, 2021                              _____
New York, New York                                           GREGORY H. WOODS
                                                           United States District Judge