UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, and APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, THE CARPENTER
CONTRACTOR ALLIANCE OF
METROPOLITAN NEW YORK, and the NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

       Petitioners,

-against-              21 **CIVIL** 7868 (GHW)

## JUDGMENT

ECLIPSE CONSTRUCTION SERVICES, INC.,

       Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 26, 2021, the petition to confirm the arbitration award is GRANTED. Judgment is entered for Petitioners in the amount of $180,957.56, plus prejudgment interest calculated at 5.25% per annum from April 10, 2021 through the date of judgment, in the amount of $6,064.56, together with attorneys' fees and costs in the amount of $2,216.63. Post-judgment interest shall accrue at the statutory rate pursuant to 28 U.S.C. § 1961 from the date judgment is entered until payment is made in full; accordingly, the case is closed.

**Dated:** New York, New York

    November 29, 2021

                     **RUBY J. KRAJICK**

                     Clerk of Court
            BY:
                     Deputy Clerk